UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CEDRIC EVANS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2584** |
| **N. BURL CAIN, WARDEN** | **SECTION "C"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[1] Therefore,

**IT IS ORDERED** that Cedric Evans's request to voluntarily dismiss his first claim, challenging the denial of the motion to quash, is **GRANTED** and the claim is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Cedric Evans's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

[1] While the Court was not persuaded by the Petitioner's arguments, the Court commends the petitioner and/or his inmate counselor for a thorough and well presented argument.